MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
RYAN O'DELL,                                  :
                                              :
            Plaintiff,                        :   Civ. No.      1:23-cv-2601
                                              :
v.                                            :
                                              :
SUMO LOGIC, INC., JOSEPH ANSANELLI,           :
CHRISTIAN BEEDGEN, SANDRA                     :
BERGERON, MARGARET FRANCIS,                   :
RANDY GOTTFRIED, JOHN D. HARKEY,              :
JR., TRACEY NEWELL, RAMIN SAYAR,              :
and TIMOTHY YOUNGBLOOD,                       :
                                              :
            Defendants.                       :
---------------------------------------------------------

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ryan O'Dell hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED: June 6, 2023                           Respectfully submitted,

                                              **MELWANI & CHAN LLP**

                                              /s *Gloria Kui Melwani*
                                              Gloria Kui Melwani (GM5661)
                                              1180 Avenue of the Americas, 8th Floor
                                              New York, New York 10036
                                              Tel: (212) 382-4620
                                              Email: gloria@melwanichan.com

                                              *Attorneys for Plaintiff*

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

| | |
|---|---|
| Dated: June 7, 2023<br>New York, New York | SO ORDERED.<br><br>*Katherine Polk Failla*<br><br>HON. KATHERINE POLK FAILLA<br>UNITED STATES DISTRICT JUDGE |